**No. 48627.**—Protests 710459–G, etc., of Rosenblum Co. (New York).

Opinion by KEEFE, J. As to certain cheese stipulated to be similar to that involved in Abstracts 42146 and 48269 and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) it was held that an allowance of 2½ percent in the net weight should have been made, as claimed. As to cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra,* the claim for an allowance of 1 percent of the net weight was sustained. Following *Kraft-Phenix Cheese Corp.* v. *United States* (T. D. 47955) it was held that an allowance for weight of paper or foil, or both, should have been made by the collector in the net weight used in computing the duty on certain other cheese.

BEFORE THE FIRST DIVISION, AUGUST 5, 1943

**No. 48628.**—Protests 88297–K, etc., of Fish-Schurman Corp. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 45423 the glass in question was held dutiable as sheet glass at 1-26/64 cents per pound under paragraph 219, by virtue of T. D. 45313, and in addition thereto 5 percent ad valorem under paragraph 224 as colored. Protests sustained to this extent.

**No. 48629.**—Petition 6107–R of Montgomery Ward & Co. (Denver).

Opinion by COLE, J. The petition was therefore dismissed.